UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAVIS, | No. 2:14-cv-1681 AC P |
| Plaintiff, | |
| v. | ORDER |
| D. LIRA, | |
| Defendant. | |

On September 29, 2014, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form necessary to effect service on the defendant.[1]  ECF No. 7. Plaintiff was also directed to complete a summons and return two copies of the July 16, 2014 complaint.  Id.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

Although it appears from the file that plaintiff's copy of the September 29th order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

---

[1] On July 31. 2014, plaintiff consented to the jurisdiction of the undersigned.  ECF No. 6.

1

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

DATED: November 17, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE